[No. 61743-5-I. Division One. June 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN LARAY MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07497-8, Deborah D. Fleck, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick and Lau, JJ.

[No. 61942-0-I. Division One. June 22, 2009.]

BALLY GAMING, INC., *Respondent*, v. INTERNET ADVANCEMENT, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-17028-4, Kimberley Prochnau, J., entered July 2, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 61947-1-I. Division One. June 22, 2009.]

*In the Matter of the Marriage of* MARY READ DEETS, *Respondent*, and ALLYN CHARLES DEETS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-3-00015-3, Ira Uhrig, J., entered June 6, 2008. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Ellington and Appelwick, JJ.

[No. 37047-6-II. Division Two. June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL ROBERT ENGLISH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01646-9, Roger A. Bennett, J., entered November 19, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.